___FILED ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 8 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:12-CR-015-RCJ (GWF)<br>) |
| JOSHUA A. ADCOCK, | )<br>) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On March 6, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JOSHUA A. ADCOCK to criminal offenses, forfeiting specific property alleged in the Criminal Information and agreed to the in Plea Memorandum, and shown by the United States to have the requisite nexus to the offenses to which defendant JOSHUA A. ADCOCK pled guilty. Information, ECF No. 18; Minutes of Plea Proceedings, ECF No.16; Plea Memorandum, ECF No. 20; Preliminary Order of Forfeiture, ECF No. 23.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 29, 2012, through April 27, 2012, notifying all third parties of their right to

petition the Court. Notice of Filing Proof of Publication, ECF No. 25.

This Court finds no petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a Mossberg model 500A, 12 gauge shotgun with a pistol grip, bearing serial number P389867;

2. a Winchester S-X 12 gauge, semi-automatic shotgun, bearing serial number M61776;

3. a GAI VZ24, 8mm bolt action rifle with scope, bearing serial number DR9606;

4. a Uberti, .357 caliber revolver, bearing serial number P09578;

5. a Glock Model 17, .9mm semi-automatic pistol (with magazine), bearing serial number 676541;

6. a Glock Model 21, .45 caliber semi-automatic pistol, bearing serial number NYE194;

7. a Taurus, .38 caliber, snub-nose revolver, bearing serial number PD60175; and,

8. any and all ammunition.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___3___ day of __June__, 2012.

_____
UNITED STATES DISTRICT JUDGE

3